UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROBERT L. BASKIN, ) | |
| ) | |
| vs. ) | No. IP 05-CR-007-B/L |
| ) | 1:07-cv-105-SEB-JMS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant take nothing by his motion for relief pursuant to 28 U.S.C. § 2255, and the civil action docketed as No. 1:07-cv-105-SEB-JMS is **dismissed with prejudice.**

Date: 04/09/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048

Robert Baskin
Reg. No. 07736-028
Federal Prison Camp
P.O. Box 12014
Terre Haute, IN 47801